# Court of Appeals
# of the State of Georgia

ATLANTA,  November 19, 2021

*The Court of Appeals hereby passes the following order:*

**A22D0124. ANTHONY MATTHEW GAGLIANI v. THE STATE.**

Anthony Matthew Gagliani, who was convicted of several offenses in September 2021, has filed a pro se application for discretionary appeal.[1] Gagliani appears to be seeking appellate review of his convictions. A judgment of conviction, however, is subject to direct appeal.

We will grant a timely filed application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED, and Gagliani shall have ten days from the date of this order to file a notice of appeal in the trial court. If he has already filed a timely notice of appeal in the trial court, he need not file a second notice. The clerk of the trial court is directed to include a copy of this order in the appeal record transmitted to this Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/19/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*

---

[1] Gagliani filed his application in the Supreme Court, which transferred the case here.